IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00330-ZLW

JOSE EDWARDO CASTRO QUIRINO,

Plaintiff,

v.

MORIE MATTISON,
MARY JANE TRUJILLO, and
ELOY MARTINEZ,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 8 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTIONS TO RECONSIDER

---

This matter is before the Court on the motions titled "Motion for Reconsideration" and "Motion for Reconsideration of Sentence" that Plaintiff, Jose Edwardo Castro Quirino, filed *pro se* on May 4, 2009. Mr. Quirino is a prisoner in the custody of the New Mexico Corrections Department who currently is incarcerated in Clayton, New Mexico. In the motions, he seeks reconsideration of the Order of Dismissal and the Judgment filed on April 8, 2009, dismissing his complaint and the action without prejudice for failure to cure.

The Court must construe the motions liberally because Mr. Quirino is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Court will construe the motions as filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, and will deny the motions.

The Court dismissed the complaint and the action without prejudice because Mr. Quirino failed within the time allowed to cure all the deficiencies in the February 17, 2009, order to cure. The reasons for the dismissal are discussed in detail in the April 8, 2009, dismissal order.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A postjudgment motion filed within ten days of a final judgment should be construed as a Rule 59(e) motion. *Id.*; **see also Dalton v. First Interstate Bank**, 863 F.2d 702, 703 (10th Cir. 1988). A motion for reconsideration filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **Van Skiver**, 952 F.2d at 1243.

Judgment was entered on April 8, 2009. The instant motions were signed and dated by Mr. Quirino on April 21, 2009, within ten days after the final judgment was entered in this action. The motions, therefore, will be construed as motions to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

A motion to alter or amend that reiterates issues originally raised in the application and that seeks to challenge the legal correctness of the court's judgment by arguing that the district court misapplied the law or misunderstood the litigant's position correctly is asserted pursuant to Fed. R. Civ. P. 59(e). **See Van Skiver**, 952 F.2d at 1244. Upon consideration of the motions to reconsider and the entire file, the Court finds and concludes that Mr. Quirino fails to demonstrate some reason why the Court

should alter or amend the April 8, 2009, dismissal order and the judgment in this action.

Mr. Quirino filed a 28 U.S.C. § 1915 motion and affidavit requesting leave to proceed *in forma pauperis*, but he failed to submit a certified copy of his trust fund account statement. Therefore, the Court dismissed this action on April 8, 2009. Mr. Quirino is responsible for informing the Court of any difficulty he may have in meeting Court deadlines. His filing a certified account statement on May 4, 2009, after the dismissal of this action does not cure the deficiency he failed to cure in a timely manner before the action was dismissed. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motions titled "Motion for Reconsideration" and "Motion for Reconsideration of Sentence" that Plaintiff, Jose Edwardo Castro Quirino, filed *pro se* on May 4, 2009, and which the Court has treated as motions to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), are denied.

DATED at Denver, Colorado, this 15 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00330-BNB

Jose Edward Castro Quirino
Prisoner No. 54803
NENMDF
185 Dr. Micheal Jenkins Rd.
Clayton, New Mexico 88415

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/18/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk