**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00330-ZLW

JOSE EDWARDO CASTRO QUIRINO,

    Plaintiff,

v.

MORIE MATTISON,
MARY JANE TRUJILLO, and
ELOY MARTINEZ,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motions that Plaintiff, Jose Edwardo Castro Quirino, submitted to and filed with the Court on July 20, 2009.  This case is closed. The complaint and the action were dismissed without prejudice in an order filed on April 8, 2009, for Mr. Quirino's failure to cure the designated deficiencies as directed within the time allowed.  Judgment was entered on the same day.  Filings will not be addressed after the dismissal of a case.  The motions filed on July 20, therefore, are denied as moot.

Dated:  July 21, 2009